DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS ALFREDO FAJARDO-MICHEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                        )<br>               Plaintiff,               )<br>                                        )<br>      v.                                )<br>                                        )<br> CARLOS ALFREDO FAJARDO-MICHEL,          )<br>                                        )<br>               Defendant.               )<br>_____) | No. CR-S-07-387 LKK<br><br>ORDER AFTER HEARING<br><br><br>Judge: Hon. Lawrence K. Karlton |

   This matter came before the Court for Status Conference on September 25, 2007, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney Kyle Reardon.  Defendant Carlos Alfredo Fajardo-Michel was present in custody, and was represented by his counsel, Chief Assistant Federal Defender Linda Harter.

   Defense counsel requested that the matter be set for further status conference on October 16, 2007 at 9:30 a.m.

   The parties agreed on the need for additional time to allow time

for defense preparation.

IT IS HEREBY ORDERED that this matter be set for further Status Conference on October 16, 2007 at 9:30 a.m..

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period from September 25, 2007 to and including October 16, 2007 is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

DATED: September 27, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28