DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS ALFREDO FAJARDO-MICHEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-07-387-LKK |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| CARLOS ALFREDO FAJARDO-MICHEL, ) | |
| ) | Date:  November 6, 2007 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of November 6, 2007 be vacated, and the matter be set for status conference on November 27, 2007 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigation the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 27, 2007 pursuant to 18

U.S.C. §3161 (h)(8)and U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  November 1, 2007.                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender

DATED:  November 1, 2007.                    /s/ Linda C. Harter
                                             LINDA C. HARTER
                                             Chief Assistant Federal Defender
                                             Attorney for Defendant

                                             McGREGOR W. SCOTT
                                             United States Attorney

DATED:  November 1, 2007.                    /s/Kyle Reardon
                                             KYLE REARDON
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to §3161(h)(8)(B)(iv) and Local Code T4.

DATED: October 31, 2007

                                             LAWRENCE K. KARLTON
                                             SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT

2