```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CARLOS ALFREDO FAJARDO-MICHEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-387 LKK |
|---|---|
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| CARLOS ALFREDO FAJARDO-MICHEL, | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

This matter came before the Court for Status Conference on December 4, 2007, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Kyle Reardon. Defendant Carlos Alfredo Fajardo-Michel was present in custody, and was represented by his counsel, Chief Assistant Federal Defender Linda Harter.

Defense counsel requested that the matter be set for further status conference on December 11, 2007 at 9:30 a.m.

1  The parties agreed on the need for additional time to allow time
2  for defense preparation.
3      IT IS HEREBY ORDERED that this matter be set for further Status
4  Conference on December 11, 2007 at 9:30 a.m..
5      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
6  (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
7  from December 4, 2007 to and including December 11, 2007 is excluded
8  from the time computations required by the Speedy Trial Act due to
9  ongoing preparation of counsel.
10 DATED: December 7, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT