McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARLOS ALFREDO FAJARDO-MICHEL, ) <br>  aka Carlos Alfredo Fajardo, ) <br>  aka Carlos Fajardo, ) <br>  aka Carlos Alfredo ) <br>     Michel-Fajardo, ) <br> ) <br> Defendant. ) <br> _____) | CR. No. S-07-0387 LKK <br><br> MOTION TO DISMISS INDICTMENT <br> and ORDER <br> DISMISSING INDICTMENT |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the indictment against Carlos Alfredo Fajardo-Michel, filed on August 30, 2007, in CR. No. S-07-0387 LKK. On December 10, 2007, in the courtroom of Magistrate Judge Edmund F. Brennan, the defendant pleaded guilty to an information charging a misdemeanor violation of 8 U.S.C. § 1325(a)(1) – illegal entry by an alien.

///

///

///

The defendant waived appeal and was sentenced to six months confinement.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: December 10, 2007       By:*/s/ Kyle Reardon*
                                        KYLE REARDON
                                        Assistant U.S. Attorney

                                  O R D E R

APPROVED AND SO ORDERED:

DATED: December 11, 2007

*[signature: Lawrence K. Karlton]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT